**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Samuel CAMARILLO–TELLO, Defendant—Appellant.**

No. 01–30197.
D.C. No. CR–99–00427–BJR.

United States Court of Appeals, Ninth Circuit.

---

Submitted Aug. 2, 2002.*

Decided Oct. 22, 2002.

Before CHOY, FERGUSON, and BOOCHEVER, Circuit Judges.

## MEMORANDUM **

Samuel Camarillo–Tello appeals the sentence imposed by the district court following his guilty plea to illegal reentry after deportation, in violation of 8 U.S.C. § 1326. He disputes the district court's decision to make a two-level downward departure under U.S.S.G. § 5K2.0, rather than a four-level departure as recommended by the Government. However, we lack jurisdiction to review the extent of the district court's downward departure. *See United States v. Riggins,* 40 F.3d 1055, 1058 (9th Cir.1994); *United States v. Dickey,* 924 F.2d 836, 838 (9th Cir.1991); *United States v. Vizcarra–Angulo,* 904 F.2d 22, 23 (9th Cir.1990). We, therefore, dismiss Camarillo–Tello's appeal.

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.